

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )  Criminal Case No. 08CR2129-WQH
                                )
10         Plaintiff,            )  I N F O R M A T I O N
                                )
11    v.                         )  Title 21, U.S.C., Secs. 952 and
                                )  960 - Importation of Marijuana
12  VICTOR SOTO, JR.,            )  (Felony)
                                )
13         Defendant.            )
   _____)
14

15    The United States Attorney charges:

16    On or about May 29, 2008, within the Southern District of
17  California, defendant VICTOR SOTO, JR., did knowingly and
18  intentionally import approximately 11.10 kilograms (24.42 pounds) of
19  Marijuana, a Schedule I Controlled Substance, into the United States
20  from a place outside thereof; in violation of Title 21, United States
21  Code, Sections 952 and 960.
22    DATED: June 26, 2008.
23                                    KAREN P. HEWITT
                                      United States Attorney
24
25
                                      CHARLOTTE E. KAISER
26                                    Assistant U.S. Attorney
27
28  CEK:jam:San Diego
    6/10/08